UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSSELL BOURRIENNE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JOHN P. CALAMOS, SR., Trustee of the Calamos Convertible Opportunities and Income Fund, WESTON W. MARSH, Trustee of the Calamos Convertible Opportunities and Income Fund, JOE F. HANAUER, former Trustee of the Calamos Convertible Opportunities and Income Fund, JOHN E. NEAL, Trustee of the Calamos Convertible Opportunities and Income Fund, WILLIAM R. RYBAK, Trustee of the Calamos Convertible Opportunities and Income Fund, STEPHEN B. TIMBERS, Trustee of the Calamos Convertible Opportunities and Income Fund, DAVID D. TRIPPLE, Trustee of the Calamos Convertible Opportunities and Income Fund, CALAMOS ADVISORS, LLC, an investment advisor and Delaware limited liability company, CALAMOS ASSET MANAGEMENT, INC., a Delaware corporation and publicly-held holding company, CALAMOS CONVERTIBLE OPPORTUNITIES AND INCOME FUND, a Delaware statutory trust, and JOHN AND JANE DOES 1-100, <br><br> Defendants. | No. 10-CV-05833 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Russell Bourrienne, individually, by his attorneys, files this Notice of Dismissal. In support of this

Notice, Plaintiff states:

1. Plaintiff filed this case as a putative class action on behalf of himself and other individuals who owned common shares of the Calamos Convertible Opportunities and Income Fund (the "Fund").

2. Rule 41 of the Federal Rules of Civil Procedure allows a Plaintiff to dismiss his action without order of Court by filing a Notice of Dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, subject to the provisions of Rule 23(e), Rule 23.1(c), Rule 23.2, and Rule 66, and of any statute of the United States.

3. Defendants have not served an answer or motion for summary judgment, and have not appeared.

4. Rule 23(e) is not applicable. Rule 23(e) requires court approval of a voluntary dismissal only with respect to a certified class. No class has been certified in this case.

5. Rule 23.1(c) does not apply because this case is not a derivative action.

6. Rule 23.2 does not apply because this case does not involve an unincorporated association.

7. Rule 66 is not applicable. Rule 66 requires a dismissal by court order in an action where a receiver has been appointed. No receiver has been appointed in this case.

8. Plaintiff is not aware of any statute of the United States that requires court approval of his dismissal.

9. Neither Plaintiff nor his counsel has received or been promised anything of value in exchange for this Dismissal.

Accordingly, Plaintiff individually only, and not on behalf of a class, dismisses this

action with the filing of this Notice of Dismissal.

Dated: October 7, 2010.

**LASKY & RIFKIND, LTD.**

By:   /s/ Norman Rifkind
         Norman Rifkind

Norman Rifkind
Leigh Lasky
Amelia S. Newton
Heidi VonderHeide
350 N. LaSalle Street, Suite 1320
Chicago, IL  60654
Tel: (312) 634-0057
Fax: (312) 634-0059

*Local Counsel for Plaintiff*

**MURRAY, FRANK & SAILER LLP**
Brian P. Murray
275 Madison Avenue, Suite 801
New York, NY  10016
Tel: (212) 682-1818
Fax: (212) 682-1892

*Lead Counsel for Plaintiff*